■ Edward F. Rebbert, Appellant, v New England Mutual Life Insurance Company et al., Respondents. [691 NYS2d 856] —Order, Supreme Court, New York County (Herman Cahn, J.), entered April 9, 1998, unanimously affirmed for the reasons

stated by Cahn, J., without costs or disbursements. No opinion. Concur—Nardelli, J. P., Wallach, Lerner and Andrias, JJ.